THE STATE OF OHIO, APPELLEE, *v.* DULA, APPELLANT.

[Cite as *State v. Dula* (1998), 84 Ohio St.3d 41.]

(No. 98–1427—Submitted October 13, 1998—Decided December 2, 1998.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Paula E. Adams,* Assistant Prosecuting Attorney, for appellee.

*W. Michael Kaiser,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The cause is remanded to the trial court to properly direct processing of the defendant by the official in charge of the state correctional institution where the defendant is committed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.